IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

FREDERICK STINSON,
    Plaintiff,

v.                                                                  Civil No. 3:23cv304 (DJN)

UNKNOWN,
    Defendant.

## MEMORANDUM OPINION

Plaintiff, a Virginia inmate proceeding *pro se*, submitted a letter to the Court that is addressed to the "F.B.I. Director." (ECF No. 1.) Although this just appeared to be a copy of a letter sent to someone else, the Court nevertheless provided Plaintiff with an opportunity to file a complaint pursuant to 42 U.S.C. § 1983. By Memorandum Order entered on May 8, 2023 (ECF No. 2), the Court directed the Clerk to mail Plaintiff a standardized form for filing a 42 U.S.C. § 1983 complaint. The Court explained that if Plaintiff wished to file a complaint at this time, he should complete and return the form to the Court within thirty (30) days of the date of entry thereof. The Court noted that if Plaintiff failed to take any action within that time, the Court would dismiss the action without prejudice. *See* Fed. R. Civ. P. 41(b).

Plaintiff submitted a letter on June 20, 2023, that did not acknowledge the Court's May 8, 2023 Memorandum Order. (ECF No. 3.) Plaintiff also did not return a completed § 1983 complaint form. By Memorandum Order entered on June 30, 2023 (ECF No. 4), the Court provided Plaintiff with a second opportunity to file a § 1983 complaint form within twenty (20) days of the date of entry thereof.

More than twenty (20) days have elapsed since the June 30, 2023 Memorandum Order, and Plaintiff has not completed and returned the § 1983 complaint form. Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

Let the Clerk file a copy of this Memorandum Opinion electronically and send a copy to Plaintiff.

An appropriate Order shall issue.

/s/
David J. Novak
United States District Judge

Richmond, Virginia
Dated: August 10, 2023